FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 20, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESUS HIGAREDA DIAZ; MARIANA ALEJANDRA HIGAREDA ARCINIEGA;<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>CARL RISCH, Assistant Secretary of Consular Affairs; EDWARD J. RAMOTOWSKI, Deputy Assistant Secretary for Visa Services; and JOHN TAVENNER, Consul General U.S. Embassy, Ciudad Jaurez, Mexico;<br><br>　　　　　　　Defendants. | NO:  4:20-cv-5067-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiffs' Notice of Voluntary Dismissal, ECF No. 10.  Having reviewed the Notice and the record, the Court is fully informed.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiffs' Notice of Voluntary Dismissal, **ECF No. 10**, is **APPROVED**.

2. Plaintiffs' Complaint is dismissed **without prejudice** and without costs to any party.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** July 20, 2020.

                    *s/ Rosanna Malouf Peterson*
                ROSANNA MALOUF PETERSON
                  United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2